UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sacramento Downtown Arena LLC, et al., | No. 2:21-cv-00441-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Factory Mutual Insurance Company, | |
| Defendant. | |

Defendant Factory Mutual Insurance Company seeks leave to file a Notice of Supplemental Authority in support of its pending motion to dismiss.  Mot. at 1, ECF No. 26.  The proposed authority is *Mudpie, Inc. v. Travelers Casualty Insurance Company of America*, which the Ninth Circuit decided several months after the defendant filed its motion. No. 20-16858, 2021 U.S. App. LEXIS 29624 (9th Cir. Oct. 1, 2021); Mot. to Dismiss, ECF No. 10.  Plaintiffs Sacramento Downtown Arena LLC, Sacramento Kings Limited Partnership, SAC MUB1 Hotel, LLC and SGD Retail LLC oppose, asking the court to deny the motion because it contains improper argument for such a notice.  Opp'n at 1, ECF No. 27.  In the alternative, the plaintiffs request leave to file a responsive brief.  Pls.' Proposed Resp., Opp'n Ex. A, ECF No. 27.  The court **grants the defendant's motion to file supplemental authority** and **grants the plaintiffs' request to file their proposed response, which must be filed by November 19, 2021**.

/////

This order resolves ECF No. 26.

IT IS SO ORDERED.

DATED: November 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE