UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sacramento Downtown Arena LLC, et al., | No. 2:21-cv-00441-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Factory Mutual Insurance Company, | |
| Defendant. | |

Defendant Factory Mutual Insurance Company seeks leave to file a Notice of Supplemental Authority in support of its pending motion to dismiss. *See* Mot. at 1, ECF No. 31. The proposed authority is *Inns by the Sea v. California Mut. Ins. Co.*, which the California Court of Appeal decided several months after defendant filed its motion. No. D079063, 2021 Cal. App. LEXIS 956 (Nov. 15, 2021); Mot. to Dismiss, ECF No. 10. Plaintiffs do not oppose. *See* Pls.' Response at 1, ECF No. 33. Plaintiffs do, however, request leave to file a responsive brief. *Id.* Ex. A. The court **grants defendant's motion to file supplemental authority** and **grants plaintiffs' request to file their proposed response**.

This order resolves ECF Nos. 31 and 33.

IT IS SO ORDERED.

DATED: December 2, 2021.

CHIEF UNITED STATES DISTRICT JUDGE