UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sacramento Downtown Arena LLC, et al., | No. 2:21-cv-00441-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Factory Mutual Insurance Company, | |
| Defendant. | |

Plaintiffs seek leave to file a Notice of Supplemental Authority in support of its opposition to defendant's motion to dismiss. *See generally* Mot., ECF No. 37. The proposed authority is *Live Nation Entm't, Inv. v. Factory Mut. Ins. Co.*, which the Central District of California decided seven months after plaintiffs filed their opposition. *See* No. LA-cv-21-862, 2022 WL 390712 (Feb. 3, 2022); Opp'n Mot. Dismiss, ECF No. 14 (filed July 2, 2021). Plaintiffs further request that this court take judicial notice of the insurance policy at issue in *Live Nation*. The court **grants** both requests.

This order resolves ECF No. 37.

IT IS SO ORDERED.

DATED: March 2, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1