

# United States District Court
# Eastern District of California

| Sacramento Downtown Arena LLC et al |
|---|

Plaintiff(s)

Case Number: 2:21-cv-00441

V.

| Factory Mutual Insurance Company |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Isaac M. Rethy hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Factory Mutual Insurance Company

On 01/21/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/16/2022                Signature of Applicant: /s/ Isaac M. Rethy

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Isaac M. Rethy |
| Law Firm Name: | Simpson Thacher & Bartlett LLP |
| Address: | 425 Lexington Avenue |
| City: | New York   State: NY   Zip: 10017 |
| Phone Number w/Area Code: | (212) 455-3869 |
| City and State of Residence: | Brooklyn, NY |
| Primary E-mail Address: | isaac.rethy@stblaw.com |
| Secondary E-mail Address: | irethy@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joyce C. Wang |
| Law Firm Name: | Carlson Calladine & Peterson LLP |
| Address: | 353 Sacramento Street |
| | 16th Floor |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 391-3911   Bar #: 121139 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 22, 2022

CHIEF UNITED STATES DISTRICT JUDGE



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Isaac Martin Rethy

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 21, 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on October 20, 2022.*

*Robert D. Mayberger*
Clerk of the Court

CertID-00088358

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022