RICHARD R. PATCH (State Bar No. 88049)
HOWARD A. SLAVITT (State Bar No. 172840)
FREDRICK C. CROMBIE (State Bar No. 244051)
BENJAMIN C. PULLIAM (State Bar No. 294628)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
       ef-has@cpdb.com
       ef-fcc@cpdb.com
       ef-bcp@cpdb.com

Attorneys for Plaintiffs
SACRAMENTO DOWNTOWN ARENA LLC;
SACRAMENTO KINGS LIMITED
PARTNERSHIP; SAC MUB1 HOTEL, LLC;
and SGD RETAIL LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO DOWNTOWN ARENA LLC; SACRAMENTO KINGS LIMITED PARTNERSHIP; SAC MUB1 HOTEL, LLC; and SGD RETAIL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00441-KJM-DB<br><br>**JOINT STIPULATION AND ORDER TO ALTER BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR RECONSIDERATION, OR FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Crtrm.:  3 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 144, Plaintiffs Sacramento Downtown Arena LLC, Sacramento Kings Limited Partnership, Sac MUB1Hotel, LLC, and SGD Retail LLC ("Plaintiffs") and Defendant Factory Mutual Insurance Company ("Defendant") (collectively "Parties") by and through their undersigned counsel of record, hereby stipulate with respect to Defendant's Motion for Reconsideration, or for Certification of an Interlocutory Appeal ("Motion") (ECF No. 50), as follows:

WHEREAS, Defendant filed its Motion on November 23, 2022 (ECF No. 50);

WHEREAS, Plaintiffs' deadline to file their Opposition would ordinarily be December 7, 2022, and Defendant's deadline to file its Reply would ordinarily be December 19, 2022;

WHEREAS, federal holidays fall between November 23 and December 7, 2022 and between December 21 and January 2, 2023;

WHEREAS, Plaintiffs have requested that the deadline to file their Opposition be extended to December 21, 2022 and the parties have negotiated that Defendant's deadline to file its Reply will similarly be extended to January 13, 2023;

WHEREAS, the Parties have not previously requested a change regarding the briefing schedule to the above-referenced Motion, and the Parties do not enter into this stipulation for the purposes of delay.

## STIPULATION

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiffs' deadline to file their Opposition to Defendant's Motion shall be extended to December 21, 2022; and

2. Defendant's deadline to file their Reply in support of their Motion shall be extended to January 13, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted:

DATED: November 28, 2022  COBLENTZ PATCH DUFFY & BASS LLP

By: _____/s/ Howard A. Slavitt_____
HOWARD A. SLAVITT
*Attorney for Plaintiffs Sacramento Downtown Arena LLC; Sacramento Kings Limited Partnership; SAC MUB1 Hotel, Llc; and SGD Retail LLC*

DATED: November 28, 2022  CARLSON CALLADINE & PETERSON LLP

By: _____/s/ Joyce C. Wang (as authorized on November 28, 2022)_____
JOYCE C. WANG
*Attorney for Defendant Factory Mutual Insurance Co.*

IT IS SO ORDERED.  the Court approves, as follows:

1. Plaintiffs' deadline to file their Opposition to Defendant's Motion is extended to December 21, 2022; and

2. Defendant's deadline to file their Reply in support of their Motion is extended to January 13, 2023.

DATED: December 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE