UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sacramento Downtown Arena LLC, et al., | No. 2:21-cv-00441-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Factory Mutual Insurance Company, et al., | |
| Defendants. | |

The court has reviewed the parties' stipulation and status report and orders as follows:

- Initial disclosures must be completed within fourteen days.
- Fact discovery must be completed by October 13, 2023.
- Expert witnesses must be exchanged by November 1, 2023.
- Rebuttal expert disclosures must be completed by December 15, 2023.
- All expert discovery must be completed by February 15, 2024.
- Dispositive motions must be heard no later than May 17, 2024.

Motions regarding discovery shall be noticed before the Magistrate Judge, as provided by Local Rule 302(c).

The court will schedule a final pretrial conference and trial as necessary following the deadline for hearings on dispositive motions. The initial scheduling conference currently set for March 9, 2023 is **vacated**.

1

     The parties are directed to notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) prior to any final pretrial conference. The parties shall file said notification or request for referral jointly in writing.

     This case schedule will become final without further order of the court unless objections are filed within fourteen calendar days of this order. The schedule, once final, shall not be modified except by leave of court upon showing of good cause. All provisions of the court's standing scheduling order for Civil Cases filed concurrently herewith are incorporated therein.

     IT IS SO ORDERED.

DATED: February 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE