1  RICHARD R. PATCH (State Bar No. 88049)
2  SEAN P.J. COYLE (State Bar No. 233039)
   FREDRICK C. CROMBIE (State Bar No. 244051)
3  BENJAMIN C. PULLIAM (State Bar No. 294628)
   JAMES M. DARLING (State Bar No. 327979)
4  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
5  San Francisco, California 94104-5500
   Telephone: 415.391.4800
6  Facsimile: 415.989.1663
   Email: ef-rrp@cpdb.com
7         ef-spc@cpdb.com
          ef-fcc@cpdb.com
8         ef-bcp@cpdb.com
          ef-jmd@cpdb.com
9
   Attorneys for Plaintiffs
10 SACRAMENTO DOWNTOWN ARENA LLC;
   SACRAMENTO KINGS LIMITED
11 PARTNERSHIP; SAC MUB1 HOTEL, LLC;
   and SGD RETAIL LLC
12

13              **UNITED STATES DISTRICT COURT**

14   **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

15

16 SACRAMENTO DOWNTOWN ARENA            Case No. 2:21-cv-00441-KJM-DB
   LLC; SACRAMENTO KINGS LIMITED
17 PARTNERSHIP; SAC MUB1 HOTEL, LLC;    **JOINT STIPULATION AND ORDER**
   and SGD RETAIL LLC,                  **CONTINUING CASE SCHEDULE**
18
                                        Judge:   Hon. Kimberly J. Mueller
19              Plaintiffs,             Crtrm.:   3

20         v.

21 FACTORY MUTUAL INSURANCE
   COMPANY, and DOES 1-10, inclusive,
22
                Defendants.
23

24

25         Pursuant to the Federal Rule of Civil Procedure 16(b)(4) and the Court's February 22, 2023

26 order establishing a case schedule, Plaintiffs Sacramento Downtown Arena LLC, Sacramento Kings

27 Limited Partnership, SAC MUB1 Hotel, LLC, and SGD Retail LLC ("Plaintiffs") and Defendant

28 Factory Mutual Insurance Company ("Defendant") (collectively, the "Parties") by and through their

---

018467.0001 4878-7181-2473.5                      Case No. 2:21-cv-00441-KJM-DB

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE SCHEDULE

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

1  undersigned counsel of record, hereby stipulate to continuing the current ordered case schedule, as

2  follows:

3      WHEREAS, on February 22, 2023, this Court issued an order establishing the current case

4  schedule as identified in the chart below (ECF No. 65) (the "Current Schedule");

5      WHEREAS, this Court's February 22, 2023 Order stated that the Current Schedule shall not

6  be modified except by leave of court upon showing of good cause (ECF No. 65 at 2);

7      WHEREAS, the Parties have engaged in significant discovery to date and have already

8  produced thousands of documents;

9      WHEREAS, on August 18, 2023, the Parties met and conferred and agreed to continue the

10  dates set forth in the Current Schedule by approximately 90 days, as identified in the chart below

11  (the "Proposed Schedule"), because neither party has completed the production of document

12  discovery, and Plaintiffs anticipate producing a substantial volume of additional documents in

13  response to Defendant's discovery requests;

14      WHEREAS, the Parties have not begun fact witness depositions because of the need to first

15  substantially complete document discovery;

16      WHEREAS, the Parties have not previously requested any continuance to the Current

17  Schedule and the Court has not yet set a final pretrial conference or trial date;

18      WHEREAS, good cause exists for the proposed continuance to permit the Parties to

19  complete document discovery with sufficient time to conduct other fact and expert discovery,

20  including depositions.

21      NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval,

22  that the Current Schedule shall be continued as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Fact Discovery Cutoff | 10/13/23 | 1/12/24 |
| Expert Disclosures | 11/1/23 | 2/2/24 |
| Rebuttal Expert Disclosures | 12/15/23 | 3/15/24 |
| Expert Discovery Cutoff | 2/15/24 | 5/17/24 |
| Dispositive Motions Heard By | 5/17/24 | 8/16/24 |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

1    **IT IS SO STIPULATED.**

2        Respectfully submitted:

3    DATED:  August 25, 2023                    COBLENTZ PATCH DUFFY & BASS LLP

4

5                                                By:        */s/ Sean P. Coyle*

6                                                SEAN P.J. COYLE
                                                 *Attorney for Plaintiffs Sacramento Downtown*

7                                                *Arena LLC; Sacramento Kings Limited*
                                                 *Partnership; SAC MUB1 Hotel, LLC; and SGD*

8                                                *Retail LLC*

9    DATED:  August 25, 2023                    CARLSON CALLADINE & PETERSON LLP

10

11                                                      */s/ Bryce L. Friedman (as authorized on*
                                                 By:      *August 24, 2023)*

12

13                                               BRYCE L. FRIEDMAN (*pro hac vice*)
                                                 BRANDON M. KENNEY

14                                               (*pro hac vice*) SIMPSON THACHER &
                                                 BARTLETT LLP

15                                               425 Lexington Avenue

16                                               New York, New York 10017
                                                 Telephone: (212) 455-2000

17                                               Email: bfriedman@stblaw.com

18                                               brandon.kenney@stblaw.com

19                                               JOYCE C. WANG (Bar No. 121139)

20                                               LISA L. KIRK (Bar No. 130272)
                                                 CARLSON, CALLADINE & PETERSON

21                                               LLP
                                                 353 Sacramento Street, 16th Floor

22                                               San Francisco, California 94111

23                                               Telephone: (415) 391-3911
                                                 Email: jwang@ccplaw.com

24                                               lkirk@ccplaw.com

25                                               *Attorneys for Defendant Factory Mutual Insurance*

26                                               *Co.*

27

28

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

1  **IT IS SO ORDERED.**

2  DATED:  August 28, 2023.

                                                    CHIEF UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663