RICHARD R. PATCH (State Bar No. 88049)
SEAN P.J. COYLE (State Bar No. 233039)
FREDRICK C. CROMBIE (State Bar No. 244051)
MARK L. HEJINIAN (State Bar No. 281417)
JAMES M. DARLING (State Bar No. 327979)
TROY M. HEISMAN (State Bar No. 343572)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:  (415) 391-4800
Facsimile:  (415) 989-1663
Email:   ef-rrp@cpdb.com
         ef-spc@cpdb.com
         ef-fcc@cpdb.com
         ef-mlh@cpdb.com
         ef-jmd@cpdb.com
         ef-tmh@cpdb.com

Attorneys for Plaintiffs
SACRAMENTO DOWNTOWN ARENA LLC;
SACRAMENTO KINGS LIMITED PARTNERSHIP;
SAC MUB1 HOTEL, LLC;
and SGD RETAIL LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO DOWNTOWN ARENA LLC; SACRAMENTO KINGS LIMITED PARTNERSHIP; SAC MUB1 HOTEL, LLC; and SGD RETAIL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00441-KJM-DB<br><br>**SECOND JOINT STIPULATION AND ORDER CONTINUING CASE SCHEDULE**<br><br>Judge:   Hon. Kimberly J. Mueller<br>Crtrm.:   3 |

Pursuant to the Federal Rule of Civil Procedure 16(b)(4), the Court's February 22, 2023, Order establishing a case schedule, and the Court's August 29, 2023, Order amending the case

schedule, Plaintiffs Sacramento Downtown Arena LLC, Sacramento Kings Limited Partnership, SAC MUB1 Hotel, LLC, and SGD Retail LLC ("Plaintiffs") and Defendant Factory Mutual Insurance Company ("Defendant") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to continuing the current ordered case schedule, as follows:

WHEREAS, on February 22, 2023, this Court issued an order establishing the initial case schedule (ECF No. 65);

WHEREAS, on August 29, 2023, this Court issued an order continuing the case schedule and establishing the current case schedule as identified in the "Current Schedule" column of the chart below (ECF No. 81) (the "Current Schedule");

WHEREAS, this Court's February 22, 2023, Order stated that the Current Schedule shall not be modified except by leave of court upon showing of good cause (ECF No. 65 at 2);

WHEREAS, the Parties have engaged in significant discovery to date and have already produced thousands of documents and have taken four days of depositions of Plaintiffs' witnesses;

WHEREAS, on December 22, 2023, the Parties agreed to continue the dates set forth in the Current Schedule by approximately seven weeks, as identified in the chart below (the "Proposed Schedule"), because the Parties anticipate producing additional documents as a result of meet and confer efforts and additional discovery requests, and the Parties require additional time to schedule and complete numerous fact witness depositions;

WHEREAS, the Parties agree that no further written discovery shall be propounded so as to be due after January 12, 2024, absent a Party establishing "good cause" to amend this Proposed Schedule to allow such document discovery, and the Parties agree that "good cause" may be established if an issue could not reasonably have been identified, by the party seeking such discovery, in the materials produced to date in response to the discovery propounded to date;

WHEREAS, the Parties have previously requested one continuance to the Current Schedule (*see* ECF No. 80) and the Court has not yet set a final pretrial conference or trial date;

WHEREAS, the Proposed Schedule does not alter the current deadline of August 16, 2024, by which Dispositive Motions shall be heard;

WHEREAS, good cause exists for the proposed continuance to permit the Parties to

1  complete document discovery with sufficient time to conduct other fact and expert discovery,
2  including depositions.
3      NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval,
4  that the Current Schedule shall be continued as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| **Fact Discovery Cutoff** | 1/12/24 | 2/29/24 |
| **Expert Disclosures** | 2/2/24 | 3/21/24 |
| **Rebuttal Expert Disclosures** | 3/15/24 | 5/2/24 |
| **Expert Discovery Cutoff** | 5/17/24 | 7/5/24 |
| **Dispositive Motions Heard By** | 8/16/24 | 8/16/24 |

**IT IS SO STIPULATED.**

Respectfully submitted:

DATED: December 26, 2023        COBLENTZ PATCH DUFFY & BASS LLP

By:     */s/ Mark L. Hejinian*
MARK L. HEJINIAN
*Attorney for Plaintiffs Sacramento Downtown Arena LLC; Sacramento Kings Limited Partnership; SAC MUB1 Hotel, LLC; and SGD Retail LLC*

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663

DATED: December 26, 2023         CARLSON CALLADINE & PETERSON LLP

By:     */s/ Bryce L. Friedman*

BRYCE L. FRIEDMAN (*pro hac vice*)
LAURA LIN (Bar No. 281542)
BRANDON M. KENNEY
(*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: bfriedman@stblaw.com
laura.lin@stblaw.com
brandon.kenney@stblaw.com

JOYCE C. WANG (Bar No. 121139)
LISA L. KIRK (Bar No. 130272)
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Email: jwang@ccplaw.com
lkirk@ccplaw.com

*Attorneys for Defendant Factory Mutual Insurance Co.*

### ORDER

The Current Schedule shall be continued as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| **Fact Discovery Cutoff** | 1/12/24 | 2/29/24 |
| **Expert Disclosures** | 2/2/24 | 3/21/24 |
| **Rebuttal Expert Disclosures** | 3/15/24 | 5/2/24 |
| **Expert Discovery Cutoff** | 5/17/24 | 7/5/24 |
| **Dispositive Motions Heard By** | 8/16/24 | 8/16/24 |

**IT IS SO ORDERED.**

DATED: January 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

018467.0001 4892-0903-4649.1                                                     3