RICHARD R. PATCH (State Bar No. 88049)
SEAN P.J. COYLE (State Bar No. 233039)
FREDRICK C. CROMBIE (State Bar No. 244051)
MARK L. HEJINIAN (State Bar No. 281417)
TROY M. HEISMAN (State Bar No. 343572)
EMILY R. LENTZ (State Bar No. 348720)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
Email:   ef-rrp@cpdb.com
         ef-spc@cpdb.com
         ef-fcc@cpdb.com
         ef-mlh@cpdb.com
         ef-tmh@cpdb.com
         ef-erl@cpdb.com

Attorneys for Plaintiffs
SACRAMENTO DOWNTOWN ARENA LLC;
SACRAMENTO KINGS LIMITED PARTNERSHIP;
SAC MUB1 HOTEL, LLC;
and SGD RETAIL LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO DOWNTOWN ARENA LLC; SACRAMENTO KINGS LIMITED PARTNERSHIP; SAC MUB1 HOTEL, LLC; and SGD RETAIL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00441-KJM-DB<br><br>**THIRD JOINT STIPULATION AND ORDER CONTINUING CASE SCHEDULE**<br><br>Judge:   Hon. Kimberly J. Mueller<br>Crtrm.:   3 |

Pursuant to the Federal Rule of Civil Procedure 16(b)(4), the Court's February 22, 2023, Order establishing a case schedule, the Court's August 29, 2023, Order amending the case schedule, and the Court's January 4, 2024, Order amending the case schedule, Plaintiffs Sacramento Downtown Arena LLC, Sacramento Kings Limited Partnership, SAC MUB1 Hotel, LLC, and SGD Retail LLC ("Plaintiffs") and Defendant Factory Mutual Insurance Company ("Defendant") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to continuing the current ordered case schedule, as follows:

WHEREAS, on February 22, 2023, this Court issued an order establishing the initial case schedule (ECF No. 65);

WHEREAS, on August 29, 2023, this Court issued an order continuing the case schedule (ECF No. 81);

WHEREAS, on January 4, 2024, this Court issued an order continuing the case schedule and establishing the current case schedule as identified in the "Current Schedule" column of the chart below (ECF No. 92) ("Current Schedule");

WHEREAS, this Court's February 22, 2023, Order stated that the Current Schedule shall not be modified except by leave of court upon showing of good cause (ECF No. 65 at 2);

WHEREAS, on March 12, 2024, the Parties agreed to continue the dates of both Expert Disclosures and Rebuttal Expert Disclosures set forth in the Current Schedule by approximately twelve days, as identified in the chart below (the "Proposed Schedule"), because the Parties require additional time to assemble and prepare Expert Disclosures;

WHEREAS, the Parties have previously requested two continuances to the Current Schedule (*see* ECF No. 80, 91) and the Court has not yet set a final pretrial conference or trial date;

WHEREAS, the Proposed Schedule does not alter the current deadline of July 5, 2024, for Expert Discovery Cutoff, or August 16, 2024, by which Dispositive Motions shall be heard;

WHEREAS, good cause exists for the proposed continuance to permit the Parties to complete expert discovery with sufficient time to prepare Expert Disclosures.

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that the Current Schedule shall be continued as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Expert Disclosures | 3/21/24 | 4/2/24 |
| Rebuttal Expert Disclosures | 5/2/24 | 5/14/24 |
| Expert Discovery Cutoff | 7/5/24 | 7/5/24 |
| Dispositive Motions Heard By | 8/16/24 | 8/16/24 |

IT IS SO STIPULATED.

Respectfully submitted:

DATED: March 14, 2024                    COBLENTZ PATCH DUFFY & BASS LLP


By:      /s/ Mark L. Hejinian
MARK L. HEJINIAN
*Attorney for Plaintiffs Sacramento Downtown Arena LLC; Sacramento Kings Limited Partnership; SAC MUB1 Hotel, LLC; and SGD Retail LLC*

DATED: March 14, 2024                    SIMPSON THACHER & BARTLETT LLP

By:      /s/ Bryce L. Friedman

BRYCE L. FRIEDMAN (*pro hac vice*)
LAURA LIN (Bar No. 281542)
BRANDON M. KENNEY (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: bfriedman@stblaw.com
laura.lin@stblaw.com
brandon.kenney@stblaw.com

JOYCE C. WANG (Bar No. 121139)
LISA L. KIRK (Bar No. 130272)
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Email: jwang@ccplaw.com
lkirk@ccplaw.com

*Attorneys for Defendant Factory Mutual Insurance Co.*

**ORDER**

IT IS SO ORDERED.

DATED: March 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE