1  BRYCE L. FRIEDMAN (*pro hac vice*)
   bfriedman@stblaw.com
2  JOHN R. SANTACRUZ (*pro hac vice*)
   john.santacruz@stblaw.com
3  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
4  New York, New York 10017
   Telephone: (212) 455-2000
5  Facsimile:   (212) 455-2502

6  LAURA LIN (Bar No. 281542)
   laura.lin@stblaw.com
7  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
8  Palo Alto, California 94304
   Telephone: (650) 251-5000
9  Facsimile: (650) 251-5002

10 JOYCE C. WANG (Bar No. 121139)
   jwang@ccplaw.com
11 LISA L. KIRK (Bar No. 130272)
   lkirk@ccplaw.com
12 CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento St., 16th Floor
13 San Francisco, CA 94111
   Telephone: (415) 391-3911
14 Facsimile: (415) 391-3898

15
   *Attorneys for Defendant Factory Mutual*
16 *Insurance Company*

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19                         **SACRAMENTO DIVISION**

20 
| SACRAMENTO DOWNTOWN ARENA LLC; SACRAMENTO KINGS LIMITED PARTNERSHIP; SAC MUBI HOTEL, LLC; and SGD RETAIL LLC, | Case No. 2:21-cv-00441-KJM-DB |
|---|---|
|  | **FOURTH JOINT STIPULATION AND ORDER AMENDING CASE SCHEDULE** |
| Plaintiffs, | |
| v. | Judge:  Hon. Kimberly J. Mueller |
| | Crtrm.:   3 |
| FACTORY MUTUAL INSURANCE COMPANY, and DOES 1-10, inclusive, | |
| Defendants. | |

- 1 -

FOURTH JOINT STIP. AND [PROP.] OR. AMENDING CASE SCHEDULE          CASE NO. 2:21-CV-00441-KJM-DB

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Court's March 19,
2 2024 Order amending the case schedule, Plaintiffs Sacramento Downtown Arena LLC,
3 Sacramento Kings Limited Partnership, SAC MUB1 Hotel, LLC, and SGD Retail LLC
4 ("Plaintiffs") and Defendant Factory Mutual Insurance Company ("Defendant")
5 (collectively, the "Parties") by and through their undersigned counsel of record, hereby
6 stipulate to amending the current ordered case schedule subject to the Court's approval, as
7 follows:
8    WHEREAS, on February 22, 2023, this Court issued an order establishing the
9 initial case schedule (ECF No. 65);
10    WHEREAS, on August 29, 2023, this Court issued an order continuing the case
11 schedule (ECF No. 81);
12    WHEREAS, on January 4, 2024, this Court issued an order continuing the case
13 schedule (ECF No. 92);
14    WHEREAS, on March 19, 2024, this Court issued an order continuing the case
15 schedule and establishing the current case schedule as identified in the "Current Schedule"
16 column of the chart below (ECF No. 98) ("Current Schedule");
17    WHEREAS, this Court's February 22, 2023 Order stated that the Current Schedule
18 shall not be modified except by leave of court upon showing of good cause (ECF No. 65 at
19 2);
20    WHEREAS, on June 5, 2024, the Parties agreed to continue the date by which
21 Dispositive Motions shall be heard set forth in the Current Schedule by 28 days, as
22 identified in the chart below (the "Proposed Schedule"), because the parties require
23 additional time to prepare dispositive motions;
24    WHEREAS, on June 5, 2024, the Parties also agreed to the dates by which
25 Dispositive Motions, Oppositions to those Dispositive Motions, and Replies in support of
26 those Dispositive Motions shall be filed;
27
28

WHEREAS, the Parties have previously requested three continuances to the Current Schedule (*see* ECF Nos. 80, 91, and 97), and the Court has not yet set a final pretrial conference or trial date;

WHEREAS, under the current schedule and the Court's currently calendared available days for civil law and motion, any party's dispositive motion would be due no later than June 28, 2024, which is prior to the current expert discovery cutoff of July 5, 2024;

WHEREAS, good cause exists for the proposed amendments to permit the Parties to accommodate expert and client schedules with respect to the deposition of expert witnesses and thereafter to have sufficient time to prepare dispositive motions after the conclusion of expert discovery.

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that the Current Schedule shall be amended as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| **Expert Discovery Cutoff** | 7/5/24 | 7/12/24 |
| **Dispositive Motions Filed By** | -- | 7/31/24 |
| **Oppositions to Dispositive Motions Filed By** | -- | 8/21/24 |
| **Replies in Support of Dispositive Motions Filed By** | -- | 9/4/24 |
| **Dispositive Motions Heard By** | 8/16/24 | 9/13/24, or as soon thereafter as the Court may permit |

**IT IS SO STIPULATED.**

Respectfully submitted:

Dated:  June 11, 2024                          SIMPSON THACHER & BARTLETT LLP

By: _____*/s/ Laura Lin*_____
BRYCE L. FRIEDMAN (*pro hac vice*)
bfriedman@stblaw.com
LAURA LIN (Bar No. 281542)
laura.lin@stblaw.com
JOHN R. SANTACRUZ (*pro hac vice*)
john.santacruz@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

JOYCE C. WANG (Bar No. 121139)
jwang@ccplaw.com
LISA L. KIRK (Bar No. 130272)
lkirk@ccplaw.com
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento St., 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

*Attorneys for Defendant Factory Mutual Insurance Company*

Dated:  June 11, 2024                          COBLENTZ PATCH DUFFY & BASS LLP

By: _____*/s/ Sean P.J. Coyle*_____
SEAN P.J. COYLE
*Attorney for Plaintiffs Sacramento Downtown Arena LLC; Sacramento Kings Limited Partnership; SAC MUB1 Hotel, LLC; and SGD Retail LLC*

**ORDER**

Good cause appearing, the court grants the parties' request for a fourth extension of time. However, the court will not grant any future requests for extensions of time absent a showing of a particularized good cause. The Current Schedule is amended as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Expert Discovery Cutoff | 7/5/24 | 7/12/24 |
| Dispositive Motions Filed By | -- | 7/31/24 |
| Oppositions to Dispositive Motions Filed By | -- | 8/21/24 |
| Replies in Support of Dispositive Motions Filed By | -- | 9/4/24 |
| Dispositive Motions Heard By | 8/16/24 | 9/13/24 |

IT IS SO ORDERED.

DATED: June 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE